J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: cjorgensen@lewisroca.com

Leila M. Morgan (*pro hac vice*)
KING & SPALDING LLP
1110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Tel: (312) 764-6933
Email: lmorgan@kslaw.com

*Attorneys for Defendant Coloplast Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN STRANGE,<br><br>          Plaintiff,<br><br>     vs.<br><br>COLOPLAST CORP.,<br><br>          Defendant. | Case No.: 2:21-cv-00972-GMN-DJA<br><br>**JOINT MOTION TO CONTINUE DEFENDANT'S EXPERT DISCLOSURE DEADLINE**<br><br>**(SECOND REQUEST)** |

In accordance with Local Rule IA 6-1, Plaintiff Dawn Strange ("Plaintiff") and Defendant Coloplast Corp. (collectively, the "Parties") hereby stipulate and agree, subject to this Court's approval, to extend Defendant's expert disclosure, only, by thirty-three (33) days to the parties' current Rebuttal expert disclosure date. No other deadlines will move.

This stipulation is being entered into in good faith and not for the purpose of delay. An extension of Defendant's expert disclosure date is necessary to allow Defendant the opportunity to depose Plaintiff prior service of its expert disclosures. Deadlines that fall on a Saturday, Sunday, or legal holiday have been scheduled for the next judicial day. This is the second request to modify case deadlines.

. . .

. . .

1

120128907.1

## I. DISCOVERY THAT HAS BEEN COMPLETED

The Parties have completed the following discovery:

- The Parties held the Rule 26(f) conference on May 12, 2022.
- The Parties exchanged their Rule 26(a) disclosures on May 26, 2022.
- Defendant propounded interrogatories, requests for admissions, and request for production of documents on July 1, 2022. Plaintiff responded to Defendant's written discovery on August 5, 2022.
- Defendant has begun collecting medical records from Plaintiff's healthcare providers.

## II. DISCOVERY TO BE COMPLETED

The remaining discovery to be conducted by the Parties includes, among other things (1) fact witness depositions, including Plaintiff Dawn Strange and Plaintiff's treating physician, Dr. Geoffrey Hsieh (implanter); (2) initial expert disclosures; (3) rebuttal expert disclosures; and (4) expert depositions.

## III. REASONS WHY THE REMAINING DISCOVERY WAS NOT COMPLETED

Plaintiff's deposition was scheduled for January 19 and 20, 2023.  On January 17, 2023, two days before Plaintiff's deposition was set to occur, Plaintiff's counsel emailed counsel for Defendant and explained that Ms. Strange had a medical procedure (a pudendal nerve block) scheduled during her deposition, so they needed to reschedule.  Counsel for Defendant was willing to be flexible on timing and work around Ms. Strange's appointment, but Plaintiff's counsel represented Ms. Strange could not move her procedure and would not be available for deposition until after the currently scheduled expert disclosure date of February 15, 2023.  Given the significant injuries alleged and the complex nature of the case, Defendant would be prejudiced by having to serve expert disclosures prior to taking Plaintiff's deposition.

Plaintiff's counsel agrees they will serve expert disclosures on February 15, 2023, in accordance with the Court's October 13, 2022 Order (ECF #20).  The parties hereby request that Defendant's deadline to serve expert disclosures be extended to March 20, 2023, the current

120128907.1

rebuttal expert disclosure deadline. Plaintiff agrees this will foreclose her opportunity to serve rebuttal expert disclosures.

In the interests of judicial economy and preserving judicial resources, the Parties' respectfully request this modification.

### IV.     CURRENT TRIAL DATE

No trial date has been set in this matter. The Parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED this 3rd day of February, 2023.

| WETHERALL GROUP, LTD. | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: /s/ Peter Wetherall<br>Peter C. Wetherall, Esq.<br>Nevada Bar No. 4414<br>9345 West Sunset Road, Suite 100<br>Las Vegas, Nevada 89148<br>Email: pwetherall@wetherallgroup.com<br>Ph. (702) 838-8500<br>Fax (702) 837-5081<br><br>*Attorneys for Plaintiff* | By: /s/ J Christopher Jorgensen<br>J Christopher Jorgensen, Esq.<br>Nevada Bar No. 5382<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Tel: (702) 949-8200<br>Email: cjorgensen@lewisroca.com<br><br>*Attorneys for Defendant Coloplast Corp.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 6, 2023

3

120128907.1