J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: cjorgensen@lewisroca.com

Heather M. Howard (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree St. NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-4601
Email: hhoward@kslaw.com

Attorneys for Defendant Coloplast Corp.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAWN STRANGE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COLOPLAST CORP.,<br><br>　　　　Defendant. | Case No.: 2:21-cv-00972-GMN-DJA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff DAWN STRANGE ("Plaintiff") and Defendant COLOPLAST CORP. ("Defendant"), through their respective counsel, hereby stipulate and agree to the dismissal with prejudice of all claims of Dawn Strange that were or could have been asserted in this action, with each party to bear its own costs and fees.

. . .

. . .

. . .

1

IT IS SO STIPULATED.

DATED this 22nd day of June, 2023.

| **BEN MARTIN LAW GROUP** | **KING & SPALDING LLP** |
|---|---|
| By: /s/ Rachel L. Wright<br>Ben C. Martin *(pro hac vice)*<br>Texas Bar No. 13052400<br>Rachel L. Wright *(pro hac vice)*<br>3141 Hood Street, Suite 600<br>Dallas, TX 75219<br>Ph. (214) 761-6614<br>Fax (214) 744-7590<br>bmartin@bencmartin.com<br>rwright@bencmartin.com<br><br>AND<br><br>Peter C. Wetherall, Esq.<br>Nevada Bar No. 4414<br>9345 West Sunset Road, Suite 100<br>Las Vegas, Nevada 89148<br>Email: pwetherall@wetherallgroup.com<br>Ph. (702) 838-8500<br>Fax (702) 837-5081<br><br>*Attorneys for Plaintiff* | By: /s/ Heather M. Howard<br>Heather M. Howard *(pro hac vice)*<br>KING & SPALDING LLP<br>1180 Peachtree St. NE, Suite 1600<br>Atlanta, GA 30309<br>Tel: (404) 572-4600<br>Email: hhoward@kslaw.com<br><br>AND<br><br>J Christopher Jorgensen, Esq.<br>Nevada Bar No. 5382<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Tel: (702) 949-8200<br>Email: cjorgensen@lewisroca.com<br><br>*Attorneys for Defendant Coloplast Corp.* |

IT IS SO ORDERED:

_____

UNITES STATES DISTRICT JUDGE

DATED: June 22, 2023

2